```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RANDY CLAWSON,                    )
                                  )
              Petitioner,         )
                                  )
         v.                       )    1:23CV937
                                  )
TODD ISHEE, Secretary of the      )
North Carolina Department of      )
Adult Correction,                 )
                                  )
              Respondent.         )
```

## ORDER

On October 2, 2024, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has appropriately reviewed the portions of the Magistrate Judge's report in light of the absence of any objections and finds that it should be adopted.

IT IS THEREFORE ORDERED that Respondent's motion to dismiss (Doc. 10) is DENIED.

```
                            /s/   Thomas D. Schroeder
                          United States District Judge
```

October 22, 2024